IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE ANTHONY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-18-855-R |
| ) | |
| JEORLD BRAGGS, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation entered by Magistrate Judge Shon T. Erwin on September 7, 2018. Doc. No. 5. Judge Erwin recommends that Petitioner's motion for leave to proceed in forma pauperis be denied and Petitioner ordered to pay the full filing fee of $5.00 within 20 days from any order adopting the Report and Recommendation. On September 18, 2018, the Court received Petitioner's filing fee. Therefore, the undersigned ADOPTS the Report and Recommendation, denies the Motion for Leave to Proceed in Forma Pauperis as moot, and re-refers this matter to Magistrate Judge Shon T. Erwin for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 24th day of September 2018.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE